UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

WAYFAIR LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2022
```

22 Civ. 1886 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 29, 2022, the Court ordered the parties to provide a joint update regarding the status of settlement negotiations by August 26, 2022. ECF No. 23. That submission is now overdue. Accordingly, by **August 31, 2022**, Plaintiff shall provide a joint update regarding the status of settlement negotiations.

SO ORDERED.

Dated: August 29, 2022
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge